UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Southport Land and Commercial Company, a California Corporation; and Does 1-10,<br><br>　　　　Defendants | Case No.: 2:13-CV-01553-JAM-CKD<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES & ORDER THEREON** |

## **ORDER**

Having read the foregoing notice and finding good cause therefore, the Court hereby vacates all currently set dates, with the expectation the parties will file a Stipulation for Dismissal within 45 days.

**IT IS SO ORDERED**

Dated: 7/7/2014          /s/ John A. Mendez_____
　　　　　　　　　　　　United States District Court Judge