UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Southport Land and Commercial Company, a California Corporation; and Does 1-10,<br><br>　　　　Defendants | Case: 2:13-CV-01553-JAM-CKD<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: July 16, 2014　　/s/ JOHN A. MENDEZ
　　　　　　　　　　　　HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE